# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL ACTION NO. _____

| | |
|---|---|
| **EVAN STERN AND ALYSE SFERLAZZA**<br><br>          **Plaintiff,**<br><br>**v.**<br><br>**STATE FARM FIRE AND CASUALTY INSURANCE COMPANY,**<br><br>          **Defendant.** | **NOTICE OF REMOVAL** |

   **NOW COMES** the Defendant "State Farm Fire and Casualty Insurance Company" (hereinafter "Defendant"), by and through its undersigned attorneys of record and pursuant to the provisions of 28 U.S.C. §§ 1332, 1441, and 1446, and hereby provides its Notice of Removal to this Court from the General Court of Justice, Superior Court of Yancey County, North Carolina based on diversity of citizenship and amount in controversy.  In support of such removal, Defendant respectfully states the following:

   1.  On April 13, 2026, Plaintiffs commenced a proceeding against Defendant by filing of a Civil Summons and Complaint, styled *Evan Stern and Alyse Sferlazza v. State Farm Fire and Casualty Insurance Company*, Case No. 26 CVS 0102-990, which proceeding is currently pending.  A copy of the documents Plaintiffs served on Defendant are attached hereto as Exhibit 1.

   2.  Plaintiffs delivered the complaint setting forth the plaintiffs' claims upon which this action is based by mail through the North Carolina Department of Insurance ("NCDOI") as a statutory agent for service of process for Defendant under N.C. Gen. Stat. § 58-16-5(10) and N.C. Gen. Stat. § 58-16-30.  The NCDOI accepted service of the summons and complaint on behalf of Defendant on April 27, 2026, and mailed the summons and complaint to Defendant on

May 1, 2026.  (*See* Exhibit 2, NCDOI Transmission of Service).  Defendant subsequently received the summons and complaint by USPS certified mail on May 21, 2026.[1]  (*See* Exhibit 3, USPS Delivery Confirmation).

3. This case is a civil action within the meaning of the Acts of Congress relating to the removal of causes.  Defendant has not filed any pleadings or papers in this action in State Court and the time during which Defendant is required by state law or rules of court to respond to the Plaintiffs' Complaint or remove this action has not expired.  No other process, pleading or order has been served on Defendant.

4. This civil action arises out of claims by Plaintiffs for breach of contract, breach of the covenant of good faith and fair dealing, unfair claims settlement practices and unfair and deceptive trade practices.  The Complaint seeks compensatory damages, treble damages, punitive damages, attorney's fees, interest, and costs.

5. This action is removable because there is diversity of citizenship and the requisite amount in controversy as required by 28 U.S.C. §1332.  Plaintiffs, according to the Complaint, are citizens and residents of Yancey County, North Carolina.  (Ex. 1, Compl. ¶ 1).  State Farm Fire and Casualty Company is a foreign corporation organized and existing under the laws of the State of Illinois, and has its principal place of business in Bloomington, Illinois.  Accordingly, complete diversity exists between these parties in this case.

6. The United States District Court also has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332, because there is a diversity of citizenship among the necessary and properly named parties and, upon information and belief, the amount in

---

[1] *See Elliott v. Am. States Ins. Co.*, 883 F.3d 384, 391–94 (4th Cir. 2018) (service on a statutory agent does not trigger the 30-day period by which a defendant must file a notice of removal, as it does not guarantee that the defendant receives actual notice).

controversy, exclusive of interest and costs, exceeds $75,000.00.  (Ex. 1, Compl. ¶¶ 64, 70, 72, 82, 84, 94).  This action is therefore removable to this Court pursuant to 28 U.S.C. §1441(b).

7.      This Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b) and Rule 81 of the Federal Rules of Civil Procedure because it is filed within thirty (30) days after Defendant received of a copy of the initial pleading setting forth the claim for relief upon which this action or proceeding is based.  *See Elliott*, 883 F.3d at 391–94; (Ex. 1 at pp. 69–70; Ex. 2; Ex. 3 (demonstrating Defendant's receipt of the summons and complaint on May 21, 2026)).

8.      By filing this Notice of Removal, Defendant does not waive any of its objections to personal jurisdiction, service, or other affirmative defenses.

9.      Pursuant to 28 U.S.C. §1446(d), Defendant will file a Notice of Filing this Notice of Removal, with a copy of this Notice of Removal, with the State Court and thereby will notify the Clerk of the General Court of Justice, Superior Court Division, Yancey County, North Carolina of the removal.

10.     A copy of the Notice of Filing of Notice of Removal to be filed in the General Court of Justice, Superior Court Division, is attached hereto as Exhibit 4.  Defendant has served a copy of the Notice of Removal on Plaintiffs in accordance with 28 U.S.C. §1446(d).

WHEREFORE, this action is hereby removed to this Court from the General Court of Justice, Superior Court Division, Yancey County, North Carolina.

3

This the 29th day of May, 2026.

/s/ SCOTT LEWIS
**NC State Bar No. 22167**
**DIANE PAPPAYLIOU**
**NC State Bar No. 50921**
**Attorneys for Defendant**
**BUTLER SNOW, LLP**
**6752 Rock Spring Road, Suite 310**
**Wilmington, NC 28405**
**PH: (910) 550-1320**
**Email: Scott.Lewis@butlersnow.com**
**Diane.Pappayliou@butlersnow.com**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 29, 2026, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system and I hereby certify I have attached the document to

electronic mail to the following:

Ava Lynch
alynch@yourinsuranceattorney.com
*Counsel for Plaintiffs*

Respectfully submitted,

/s/ SCOTT LEWIS
**NC State Bar No. 22167**
**DIANE PAPPAYLIOU**
**NC State Bar No. 50921**
**Attorneys for Defendant**
**BUTLER SNOW, LLP**
**6752 Rock Spring Road, Suite 310**
**Wilmington, NC 28405**
**PH: (910) 550-1320**
**Email: Scott.Lewis@butlersnow.com**
**Diane.Pappayliou@butlersnow.com**

100954812.v1

4